

# SUROVELL
# ISAACS
# PETERSEN
# & LEVY PLC

ROBERT J. SUROVELL
DOROTHY M. ISAACS*
DAVID M. LEVY
SCOTT A. SUROVELL*
J. CHAPMAN PETERSEN*+
CORY FREDERICK GORIUP*
JENNIFER B. BAUMGARTNER
JOHN C. BAZAZ
CAMILLE N. ALLAN
JASON E. BRAUN
NATHAN D. ROZSA
JASON F. ZELLMAN
MICHELE L. JOSEPH
KRISTI CAHOON KELLY*
ERIN E. WITTE

OF COUNSEL
DAVID J. FUDALA*
G. DONALD MARKLE*

WRITER'S DIRECT DIAL: 703.277.9774
WRITER'S EMAIL: KKELLY@SIPLFIRM.COM

* ALSO ADMITTED IN DC
+ ALSO ADMITTED IN MD

March 8, 2011

**by electronic upload**

Clerk's Office
Albert V. Byan U.S. Courthouse
401 Courthouse Sqaure
Alexandria, VA 22314

  re: *Julia Desogugua v. Wells Fargo Bank, N.A d/b/a Wells Fargo Home Mortgage*

Dear Clerk of Court:

  Please note that we will be serving the Defendant by Waiver of the Service of Summons.

  Thank you for your attention in this matter. Should you have any questions or need additional information, please do not hesitate to call me.

        Very Truly Yours,

        Kristi Cahoon Kelly, Esq.

Enclosures

cc:  Julia DesoGugua
   Van Beck, Esq.
   Leonard Bennett, Esq.