IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JULIA DESOGUGUA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11cv00188 (LO/JFA) |
| ) | |
| WELLS FARGO BANK, N.A. *d/b/a* ) | |
| WELLS FARGO HOME MORTGAGE ) | |
| ) | |
| Defendant ) | |
| ) | |

## NOTICE OF APPEARANCE

Defendant, Wells Fargo Bank, N.A. *d/b/a* Wells Fargo Home Mortgage ("Wells Fargo"), by counsel, files this Notice of Appearance notifying the Court and opposing counsel that the following will serve as counsel in this matter on behalf of Wells Fargo:

Hunter W. Sims, Jr., Esq. (VSB No. 09218)
Email: hwsims@kaufcan.com
J. Bradley Reaves, Esq. (VSB No. 71389)
Email: jbreaves@kaufcan.com
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

Terry C. Frank, Esq. (VSB No. 74890)
Kaufman & Canoles, P.C.
Three James Center, 12th Floor
1051 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 771-5700
Facsimile: (804) 771-5777
Email: tcfrank@kaufcan.com

2

WELLS FARGO BANK, N.A.


By: */s/ Terry C. Frank*
                Counsel

Terry C. Frank, Esq. (VSB No. 74890)
Kaufman & Canoles, P.C.
Three James Center, 12th Floor
1051 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 771-5700
Facsimile: (804) 771-5777
Email: tcfrank@kaufcan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March 2011, a true copy of the foregoing Notice of Appearance is being filed electronically with the Clerk of Court using the CM/ECF system, which wills end a notification of such filing (NEF) to the following:

Kristi Cahoon Kelly, Esq. (VSB No. 72791)
J. Chapman Petersen, Esq. (VSB No. 37225)
Scott A. Surovall, Esq. (VSB No. 40278)
Surovall Isaacs Petersen & Levy, P.C.
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
kkelly@siplfirm.com

Leonard A. Bennett, Esq. (VSB No. 37523)
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com

Matthew J. Erausquin, Esq. (VSB No. 65434)
Consumer Litigation Associates, P.C.
1800 Diagnol Road, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7777
Facsimile: (888) 892-3512
matt@clalegal.com

                                    By:   */s/ Terry C. Frank*
                                             Counsel

                                    Terry C. Frank, Esq. (VSB No. 74890)
                                    Kaufman & Canoles, P.C.
                                    Three James Center, 12th Floor
                                    1051 East Cary Street
                                    Richmond, Virginia 23219

Telephone: (804) 771-5700
Facsimile: (804) 771-5777
Email: tcfrank@kaufcan.com

5266692