```
Court Name: United States District Court
Division: 1
Receipt Number: 14603020352
Cashier ID: sbrown
Transaction Date: 03/24/2011
Payer Name: JENNIFER JANEIRA NAGLE
------------------------------------
PRO HOC VICE
 For: JENNIFER JANEIRA NAGLE
 Case/Party: D-VAE-1-11-CR-PROHAC-001
 Amount:       $50.00
PRO HOC VICE
 For: JENNIFER JANEIRA NAGLE
 Case/Party: D-VAE-1-11-CR-PROHAC-001
 Amount:       $50.00
------------------------------------
CHECK
 Remitter: KAUFMAN AND CANOLES
 Check/Money Order Num: 4383
 Amt Tendered: $100.00
------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

PROHACS (2)

JENNIFER JANEIRA NAGLE

IRENE CLAIRE FREIDEL
```