# KAUFMAN & CANOLES
attorneys at law

Kaufman & Canoles, P.C.
Three James Center, 12th Floor
1051 East Cary Street
Richmond, VA 23219

*Mailing Address*
Post Office Box 27828
Richmond, VA 23261

T (804) 771.5700
F (804) 771.5777

kaufCAN.com

Terry C. Frank
(804) 771.5745
tcfrank@kaufcan.com

March 22, 2011

***Via* Federal Express**

Fernando Galindo, Clerk
United States District Court for
 the Eastern District of Virginia
Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:  *Julia Desogugua v. Wells Fargo Bank, N.A., et al.*
     Case No. 1:11cv188

Dear Mr. Galindo:

Please find enclosed two *pro hac vice* applications to be filed in the above-referenced matter and a check in the amount of $100 to cover the filing fee.

Thank you for your assistance.

Sincerely,

Terry C. Frank

/pbc
Enclosures

> Hunter W. Sims, Esq. (via email)
> C. Vance Beck, Esq. (via email)
> Irene C. Freidel, Esq. (via email)
> Jennifer J. Nagle, Esq. (via email)

5266303