IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JULIA DESOGUGUA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:11cv00188 (LO/JFA) |
| | ) |
| WELLS FARGO BANK, N.A. *d/b/a* | ) |
| WELLS FARGO HOME MORTGAGE | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF APPEARANCE

Defendant, Wells Fargo Bank, N.A. *d/b/a* Wells Fargo Home Mortgage ("Wells Fargo"),

by counsel, files this Notice of Appearance notifying the Court and opposing counsel that the

following attorney will serve as counsel in this matter on behalf of Wells Fargo:

J. Bradley Reaves, Esquire (VSB No. 71389)
E-mail: jbreaves@kaufcan.com
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Phone:  (757) 624-3000
Fax:     (757) 624-3169

Respectfully submitted,

**WELLS FARGO BANK, N.A. d/b/a
WELLS FARGO HOME MOTGAGE**


By:   */s/ J. Bradley Reaves*
          Counsel

- 2 -

Hunter W. Sims, Jr., Esquire (VSB No. 09218)
E-mail: hwsims@kaufcan.com
J. Bradley Reaves, Esquire (VSB No. 71389)
E-mail: jbreaves@kaufcan.com
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile:  (757) 624-3169

Terry C. Frank, Esquire (VSB No. 74890)
E-mail:  tcfrank@kaufcan.com
Kaufman & Canoles, P.C.
Three James Center, 12th Floor
1051 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 771-5700
Facsimile:  (804) 771-5777

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March 2011, a true copy of the foregoing *Notice of Appearance of J. Bradley Reaves, Esquire* is being filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Kristi Cahoon Kelly, Esquire (VSB No. 72791)
J. Chapman Petersen, Esquire (VSB No. 37225)
Scott A. Surovall, Esquire (VSB No. 40278)
Surovall Isaacs Petersen & Levy, P.C.
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile:  (703) 591-9285
E-mail:  kkelly@siplfirm.com

Leonard A. Bennett, Esquire (VSB No. 37523)
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile:  (757) 930-3662
E-mail:  lenbennett@clalegal.com

Matthew J. Erausquin, Esquire (VSB No. 65434)
Consumer Litigation Associates, P.C.
1800 Diagnol Road, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7777
Facsimile:  (888) 892-3512
E-mail:  matt@clalegal.com

- 4 -

By:    */s/ J. Bradley Reaves*
   **Counsel for Defendant**
   Hunter W. Sims, Jr., Esquire (VSB No. 09218)
   E-mail: hwsims@kaufcan.com
   J. Bradley Reaves, Esquire (VSB No. 71389)
   E-mail: jbreaves@kaufcan.com
   Kaufman & Canoles, P.C.
   150 West Main Street, Suite 2100
   Norfolk, VA 23510
   Phone:  (757) 624-3000
   Fax:     (757) 624-3169

   Terry C. Frank, Esquire (VSB No. 74890)
   E-mail:  tcfrank@kaufcan.com
   Kaufman & Canoles, P.C.
   Three James Center, 12th Floor
   1051 East Cary Street
   Richmond, Virginia 23219
   Phone:  (804) 771-5700
   Fax:     (804) 771-5777

1741300