IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JULIA DESOGUGUA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11cv00188 (LO/JFA) |
| ) | |
| WELLS FARGO BANK, N.A. *d/b/a* ) | |
| WELLS FARGO HOME MORTGAGE ) | |
| ) | |
| Defendant ) | |
| ) | |

**CORRECTED FINANCIAL INTEREST DISCLOSURE**
**STATEMENT OF WELLS FARGO BANK, N.A.**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Wells Fargo Bank, N.A. ("Wells Fargo Bank") discloses that Wells Fargo Bank is an indirect subsidiary of Wells Fargo & Company, which is publicly-traded. Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.

WELLS FARGO BANK, N.A.

By: */s/ Terry C. Frank*
         Counsel

Terry C. Frank, Esq. (VSB No. 74890)
Kaufman & Canoles, P.C.
Three James Center, 12th Floor
1051 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 771-5700
Facsimile: (804) 771-5777
Email: tcfrank@kaufcan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of April 2011, a true copy of the foregoing Corrected Financial Disclosure Statement is being filed electronically with the Clerk of Court using the CM/ECF system, which wills end a notification of such filing (NEF) to the following:

Kristi Cahoon Kelly, Esq. (VSB No. 72791)
J. Chapman Petersen, Esq. (VSB No. 37225)
Scott A. Surovall, Esq. (VSB No. 40278)
Surovall Isaacs Petersen & Levy, P.C.
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
kkelly@siplfirm.com

Leonard A. Bennett, Esq. (VSB No. 37523)
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com

Matthew J. Erausquin, Esq. (VSB No. 65434)
Consumer Litigation Associates, P.C.
1800 Diagnol Road, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7777
Facsimile: (888) 892-3512
matt@clalegal.com

By: ___/s/ Terry C. Frank___
        Counsel
Terry C. Frank, Esq. (VSB No. 74890)
Kaufman & Canoles, P.C.
Three James Center, 12th Floor
1051 East Cary Street
Richmond, Virginia 23219

3

Telephone: (804) 771-5700
Facsimile: (804) 771-5777
Email: tcfrank@kaufcan.com

5266694

3