**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JULIA DESOGUGUA, Individually, and on behalf of others similarly situated, </br> </br> Plaintiff, </br></br> v. </br></br> WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE, </br></br> Defendants. | C.A. No. 1:11-cv-00188-LO-JFA </br></br></br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on the 10th day of June 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its counsel, will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to grant its Motion to Dismiss Plaintiff's Class Complaint in its entirety with prejudice.

Wells Fargo certifies, pursuant to Local Civil Rule 7(E), that on April 29, 2011, its counsel conferred with counsel for Plaintiff by telephone in an effort to narrow the issues presented by this Motion.

Respectfully submitted,

WELLS FARGO BANK, N.A., d/b/a
WELLS FARGO HOME MORTGAGE

By its attorneys,

*/s/ Terry C. Frank*
Hunter W. Sims Jr. (VSB No. 09218)
Terry C. Frank (VSB No. 74890)
J. Bradley Reaves (VSB No. 71389)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3205
Facsimile: (757) 624-3169
hwsims@kaufcan.com
tcfrank@kaufcan.com
jbreaves@kaufcan.com

Irene C. Freidel (*pro hac vice*)
Jennifer J. Nagle (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
irene.freidel@klgates.com
jennifer.nagle@klgates.com

April 29, 2011                                              *Attorneys for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kristi Cahoon Kelly, Esquire (VSB No. 72791)
J. Chapman Petersen, Esquire (VSB No. 37225)
Scott A. Surovall, Esquire (VSB No. 40278)
Surovall Isaacs Petersen & Levy, P.C.
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: kkelly@siplfirm.com

Matthew J. Erausquin, Esquire (VSB No. 65434)
Consumer Litigation Associates, P.C.
1800 Diagnol Road, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7777
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com

Leonard A. Bennett, Esquire (VSB No. 37523)
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

Dale W. Pittman, Esquire (VSB No. 15673)
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com

*/s/ Terry C. Frank*
Terry C. Frank (VSB No. 74890)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone:  (757) 624-3205
Facsimile:  (757) 624-3169
tcfrank@kaufcan.com

*Attorney for Defendant Wells Fargo Bank, N.A.*