IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**JULIA DESOGUGUA, individually**
And on behalf of others similarly situated,

    Plaintiff

v.                                               CIVIL NO. 1:11-cv-0188-LO-JFA

**WELLS FARGO BANK, N.A. d/b/a**
**WELLS FARGO HOME MORTGAGE,**

    **Defendants**

## NOTICE OF APPEARANCE

Please take note that Susan M. Rotkis, of Consumer Litigation Associates, P.C., 12515 Warwick Blvd., Suite 100, Newport News, VA 23606 hereby notes her appearance as counsel in this case on behalf of the Plaintiff.

Please copy her with all matters in this case.

    Respectfully Submitted,

    JULIA DESOGUGUA

    _____/s/_____
    Susan M. Rotkis
    VSB #40693
    Attorney for Plaintiff
    CONSUMER LITIGATION
    ASSOCIATES, P.C.
    12515 Warwick Boulevard, Suite 100
    Newport News, Virginia 23606
    (757) 930-3660 - Telephone
    (757) 930-3662 – Facsimile
    srotkis@clalegal.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 11 day of May, 2011, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Terry Catherine Frank
Kaufman & Canoles PC (Richmond)
1051 E Cary St
3 James Center, 12th Fl
Richmond, VA 23219
804-771-5745
804-771-5777 (fax)
tcfrank@kaufcan.com

John Bradley Reaves
Kaufman & Canoles PC (Norfolk)
150 W Main St
Suite 2100
PO Box 3037
Norfolk, VA 23514
(757) 624-3000
(757) 624-3169 (fax)
jbreaves@kaufcan.com

Hunter Wilmer Sims, Jr.
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3000
hwsims@kaufcan.com

                                        /s/
                                Susan M. Rotkis, VSB No. 40693
                                Consumer Litigation Associates, P.C.
                                12515 Warwick Boulevard, Suite 100
                                Newport News, VA 23606
                                (757) 930-3660 telephone
                                (757) 930-3662 facsimile
                                srotkis@clalegal.com