**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| JULIA DESOGUGUA, Individually, and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | C.A. No. 1:11-cv-00188-LO-JFA |
| WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**DEFEDANT'S NOTICE OF WITHDRAWAL OF**
**MOTION TO DISMISS PLAINTIFF'S CLASS COMPLAINT WITHOUT PREJUDICE**

NOW COMES Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), by counsel, and hereby withdraws without prejudice its Motion to Dismiss Plaintiffs' Class Complaint, filed on April 29, 2011, as well as any related supporting memoranda and the Notice of Hearing for June 10, 2011. Plaintiff filed her Amended Complaint on May 20, 2011, which has rendered Wells Fargo's Motion to Dismiss moot.  Wells Fargo intends to file a new Motion to Dismiss the Amended Complaint within the time permitted by applicable rules. Wells Fargo also requests that the Court remove this case from the June 10, 2011 10:00 a.m. motions docket. Wells Fargo will seek to schedule a hearing on its Motion to Dismiss the Amended Complaint at a later date after conferring with opposing counsel.

Respectfully submitted,

WELLS FARGO BANK, N.A.,

By its attorneys,
*/s/ Terry C. Frank*

                                              Hunter W. Sims Jr. (VSB No. 09218)
Terry C. Frank (VSB No. 74890)
J. Bradley Reaves (VSB No. 71389)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3205
Facsimile: (757) 624-3169
hwsims@kaufcan.com
tcfrank@kaufcan.com
jbreaves@kaufcan.com

Irene C. Freidel (*pro hac vice*)
Jennifer J. Nagle (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
irene.freidel@klgates.com
jennifer.nagle@klgates.com

May 26, 2011                                  *Attorneys for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kristi Cahoon Kelly, Esquire (VSB No. 72791)
Surovall Isaacs Petersen & Levy, P.C.
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: kkelly@siplfirm.com

Susan Mary Rotkis
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: srotkis@clalegal.com

And mail by first class U.S. Mail to the following:

J. Chapman Petersen, Esquire (VSB No. 37225)
Scott A. Surovall, Esquire (VSB No. 40278)
Surovall Isaacs Petersen & Levy, P.C.
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: kkelly@siplfirm.com

Matthew J. Erausquin, Esquire (VSB No. 65434)
Consumer Litigation Associates, P.C.
1800 Diagnol Road, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7777
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com

Leonard A. Bennett, Esquire (VSB No. 37523)
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

Dale W. Pittman, Esquire (VSB No. 15673)
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com

*/s/ Terry C. Frank*
Terry C.  Frank, Esq. (VSB No. 74890)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone:  (757) 624-3205
Facsimile:  (757) 624-3169
tcfrank@kaufcan.com

*Attorney for Defendant Wells Fargo Bank, N.A.*

5271125