IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JULIA DESOGUGUA, Individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., d/b/a/ WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:11-cv-188<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on Defendants' Withdrawal of Motion to Dismiss Plaintiff's Class Complaint Without Prejudice. (Dkt. No. 22). On April 29, 2011, Defendants moved to dismiss Plaintiff's class complaint. (Dkt. No. 14). On May 20, 2011, Plaintiff amended her complaint (Dkt. No. 21), rendering Defendants' motion moot. It is therefore

ORDERED that Defendants' Motion to Dismiss (Dkt. No. 14) is WITHDRAWN. The Clerk of the Court is instructed to remove from the docket the hearing scheduled for June 10, 2011.

Alexandria, Virginia
May 26, 2011

/s/
Liam O'Grady
United States District Judge