IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JULIA DESOGUGUA, Individually,
and on behalf of others similarly situated,

        **Plaintiff,**                          Civil Action No. 1:11CV188-LO-JFA

        v.

WELLS FARGO BANK, N.A. d/b/a
WELLS FARGO HOME MORTGAGE

        **Defendants.**

## JOINT MOTION FOR EXTENSION OF RESPONSE TIME

The Plaintiff, Julia Desogugua ("Plaintiff"), and Defendants, Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage ("Defendants"), by counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(a), hereby moves for an extension of time for the Plaintiff to respond to the Motion to Dismiss the Plaintiff's Amended Class Complaint filed by Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage and states as follows:

    1.    The Defendants' Motion to Dismiss the Amended Class Complaint was filed on June 3, 2011.

    2.    On June 15, 2011, before the time for Plaintiff to file her opposition to the Defendants' Motion to Dismiss had expired, counsel for the Plaintiff secured the consent of Defendants' counsel for the requested extension.

    3.    The Plaintiff respectfully requests an extension of time until July 1, 2011 to provide it sufficient time to research the authorities in the Defendants' Motion to Dismiss the Amended Class Complaint and prepare her opposition.

WHEREFORE, the Plaintiff, Julia Desogugua, respectfully requests the court to grant the motion and enter the agreed order.

           /s/
Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY
4010 University Drive, Second Floor
Fairfax, VA 22030
Telephone (703) 277-9774
Facsimile (703) 591-9285
kkelly@siplfirm.com
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Hunter W. Sims, Jr. Esq., VSB # 09218
J. Bradley Reaves, Esq., VSB # 71389
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
hwsims@kaufcan.com
jbreaves@kaufcan.com

Terry C. Frank, Esq., VSB # 74890
Kaufman & Canoles, P.C.
Three James Center, 12th Floor
1051 East Cary Street
Richmond, VA 23219
Telephone: (804) 771-5700
Facsimile: (804) 771-5777
tcfrank@kaufcan.com
Counsel for Defendants

           /s/
Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY
4010 University Drive, Second Floor
Fairfax, VA 22030
Telephone (703) 277-9774
Facsimile (703) 591-9285
kkelly@siplfirm.com
Counsel for Plaintiff

2