IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JULIA DESOGUGUA, Individually,
and on behalf of others similarly situated,

        Plaintiff,                      Civil Action No. 1:11CV188-LO-JFA

v.

WELLS FARGO BANK, N.A. d/b/a
WELLS FARGO HOME MORTGAGE

        Defendants.

## AGREED ORDER

CAME NOW the Plaintiff, JULIA DESOGUGUA ("Plaintiff"), and Defendants, Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage ("Defendants"), by counsel, upon their agreement to extend the response time associated with the Motion to Dismiss the Plaintiff's Amended Class Complaint filed by Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for the parties, it is hereby,

ORDERED, ADJUDGED and DECREED that the time for Plaintiff to file to file her memorandum in opposition to Defendants' Motion to Dismiss the Amended Class Complaint is extended until July 1, 2011.

ENTERED this 20 day of June, 2011.

                                                   /s/
                                           Liam O'Grady
                                           United States District Judge

WE ASK FOR THIS:

| **JULIA DESOGUGUA** | **WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE** |

By: /s/
Kristi Cahoon Kelly, Esq., VSB #72791
J. Chapman Petersen, Esq., VSB # 37225
SUROVELL ISAACS PETERSEN & LEVY
4010 University Drive, Second Floor
Fairfax, VA 22030
Telephone (703) 277-9774
Facsimile (703) 591-9285
kkelly@siplfirm.com
*Counsel for Plaintiff*

Leonard A. Bennett, VSB #37523
Susan M. Rotkis, Esq. VSB #40693
CONSUMER LITIGATION ASSOCIATES
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
Telephone (757) 930-3660
Facsimile (757) 930-3662
lenbennett@clalegal.com
srotkis@clalegal.com
*Counsel for Plaintiff*

By: /s/
Terry C. Frank, Esq., VSB # 74890
Kaufman & Canoles, P.C.
Three James Center, 12th Floor
1051 East Cary Street
Richmond, VA 23219
Telephone: (804) 771-5700
Facsimile: (804) 771-5777
tcfrank@kaufcan.com
*Counsel for Defendant*

Hunter W. Sims, Jr. Esq., VSB # 09218
J. Bradley Reaves, Esq., VSB #71389
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
hwsims@kaufcan.com
jbreaves@kaufcan.com
*Counsel for Defendant*