**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JULIA DESOGUGUA, individually, and on behalf of others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | C.A. No. 1:11-cv-00188-LO-JFA |
| v. ) ) ) | |
| WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE, ) ) ) | |
| Defendants. ) ) ) ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Defendant, Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage ("Wells Fargo"), by counsel, shall appear before this Honorable Court on *Friday, September 9, 2011 at 10:00 a.m.*, a date and time agreed to by all parties, and present its oral argument in support of the entry of an order granting its previously filed Motion to Dismiss.

Respectfully submitted,

**WELLS FARGO BANK, N.A., d/b/a
WELLS FARGO HOME MORTGAGE**

By its attorneys,

*/s/ Hunter W. Sims, Jr.*

|  |  |
|---|---|
|  | Hunter W. Sims Jr. (VSB No. 09218)<br>Terry C. Frank (VSB No. 74890)<br>J. Bradley Reaves (VSB No. 71389)<br>Kaufman & Canoles, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510-1665<br>Telephone:  (757) 624-3205<br>Facsimile:   (757) 624-3169<br>hwsims@kaufcan.com<br>tcfrank@kaufcan.com<br>jbreaves@kaufcan.com<br><br>Irene C. Freidel (*pro hac vice*)<br>Jennifer J. Nagle (*pro hac vice*)<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>Telephone:  (617) 261-3100<br>Facsimile:   (617) 261-3175<br>irene.freidel@klgates.com<br>jennifer.nagle@klgates.com |
| July 19, 2011 | ***Attorneys for Defendant Wells Fargo Bank, N.A.<br>d/b/a Wells Fargo Home Mortgage*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kristi Cahoon Kelly, Esquire (VSB No. 72791)
J. Chapman Petersen, Esquire (VSB No. 37225)
Scott A. Surovall, Esquire (VSB No. 40278)
Surovall Isaacs Petersen & Levy, P.C.
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: kkelly@siplfirm.com

Susan Mary Rotkis (VSB No. 40693)
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

Leonard A. Bennett, Esquire (VSB No. 37523)
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

And I will mail copies of the foregoing by first class mail to the following:

J. Chapman Petersen, Esquire (VSB No. 37225)
Scott A. Surovall, Esquire (VSB No. 40278)
Surovall Isaacs Petersen & Levy, P.C.
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: kkelly@siplfirm.com

Matthew J. Erausquin, Esquire (VSB No. 65434)
Consumer Litigation Associates, P.C.
1800 Diagnol Road, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7777
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com

Dale W. Pittman, Esquire (VSB No. 15673)
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com

/s/ *Hunter W. Sims, Jr.*
Hunter W. Sims, Jr. (VSB No. 09218)
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone:  (757) 624-3100
Facsimile:   (757) 624-3169
hwsims@kaufcan.com

**Attorney for Defendant Wells Fargo Bank, N.A.
d/b/a Wells Fargo Home Mortgage**

11189421