IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
SEP 12 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

JULIA DESOGUGUA, Individually, )
and on behalf of others similarly situated, )
)
Plaintiff, )
)
) Case No.: 1:11-cv-188
v. )
)
WELLS FARGO BANK, N.A. d/b/a )
WELLS FARGO HOME MORTGAGE )
)
Defendant. )

### ORDER

Before the Court is Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 24).

Although Defendant unveiled areas in Plaintiff's Amended Complaint that might have been pled with more specificity, these are matters that can be adequately addressed in discovery. The legal issues raised by the Defendant are more appropriate for review on a full record. Having found that Plaintiff's Amended Complaint is pled with sufficient specificity to meet the pleading requirements to survive a 12(b)(6) motion to dismiss on all three counts, it is hereby

ORDERED that the Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 24) is DENIED.

September 12, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge