MAGISTRATE JUDGE: Anderson  DATE: 11-2-11

CA- 11-188 CV

Time: 11:00
11:30

APPEARANCES: Counsel for: Plaintiff (✓) Defendant (✓) Pro-se ( )

INITIAL PRETRIAL CONFERENCE

DISCOVERY PLAN: (✓) APPROVED _in part_  ( ) APPROVED AS AMENDED
( ) FILE By _____

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: ( ) YES Consent signed

ADR/SETTLEMENT: ( ) PENDING  ( ) WILL DISCUSS  ( ) OTHER

(✓) ORDER TO ISSUE

Case Continued to _____ @ _____ for 16(b) Conference.