**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JULIA DESOGUGUA, Individually, and on behalf of others similarly situated, | ) ) ) ) C.A. No. 1:11-cv-00188-LO-JFA |
| Plaintiff, | ) ) |
| v. | ) ) **ORAL ARGUMENT REQUESTED** |
| WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on the 18th day of November 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its counsel, will move this Court, pursuant to Rule 26, to grant its Motion for Protective Order.

Respectfully submitted,

WELLS FARGO BANK, N.A., d/b/a
WELLS FARGO HOME MORTGAGE

By its attorneys,

*/s/ Terry C. Frank*

Hunter W. Sims Jr. (VSB No. 09218)
Terry C.  Frank (VSB No. 74890)
J. Bradley Reaves (VSB No. 71389)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone:  (757) 624-3205
Facsimile:  (757) 624-3169
hwsims@kaufcan.com
tcfrank@kaufcan.com
jbreaves@kaufcan.com

Irene C. Freidel (*pro hac vice*)
Jennifer J. Nagle (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175
irene.freidel@klgates.com
jennifer.nagle@klgates.com

November 11, 2011                               *Attorneys for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Memorandum in Support of Motion for Entry of Protective Order, on this **11th** of November 2011, has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the

Leonard A. Bennett, Esq. (VSB No. 37523)
Susan Mary Rotkis  (VSB No. 40693)
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com
srotkis@clalegal.com

Matthew J. Erausquin, Esquire (VSB No. 65434)
Consumer Litigation Associates, P.C.
1800 Diagnol Road, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7777
Facsimile: (888) 892-3512
matt@clalegal.com

Dale W. Pittman, Esquire (VSB No. 15673)
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq. (VSB No. 72791)
J. Chapman Petersen, Esq. (VSB No. 37225)
Scott A. Surovell, Esq. (VSB No. 40278)
Surovall Isaacs Petersen & Levy, P.C.
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
kkelly@siplfirm.com
jpetersen@smillaw.com
ssurovell@smillaw.com

          */s/ Terry C. Frank*
          Terry C. Frank (VSB No. 74890)
          Kaufman & Canoles, P.C.
          150 W. Main Street, Suite 2100
          Norfolk, VA 23510-1665
          Telephone: (757) 624-3205
          Facsimile: (757) 624-3169
          tcfrank@kaufcan.com