UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JULIA DESOGUGUA, Individually, and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE, | ) ) ) |
| Defendants. | ) ) |

C.A. No. 1:11-cv-00188-LO-JFA

**MEMORANDUM IN SUPPORT OF**
**AMENDED MOTION FOR PROTECTIVE ORDER**

Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), by counsel, and in support of its Amended Motion for Protective Order filed simultaneously herewith and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, states as follows:

**Introduction/ Factual Background**

Counsel are in agreement as to the terms of a protective order.

**Argument**

Rule 27(c)(1)(G) of the Federal Rules of Civil Procedure states that "the court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including one or more of the following … requiring that a trade secret, or other confidential research, development or commercial information not be revealed or revealed only in a specified way." F.R.C.P. Rule 26(c)(1)(G). The party seeking a protective order has the burden of establishing 'good cause' by demonstrating that 'specific

prejudice' or harm will result if no protective order is granted.'" Davis v. Prince, 753 F.Supp.2d 561, 565 (E.D.Va. 2010)(quoting Lathon v. Wal-Mart Stores East, LP, No. 3:90cv57, 2009 WL 181006, at *5 (E.D.Va. June 24, 2009)).

The parties seek a protective order to prevent the disclosure of certain sensitive and confidential information of the parties involved in this litigation. Neither party is attempting to withhold the production of any material under the proposed protective order. It will merely be marking those documents containing either confidential proprietary business information or sensitive personal identifying information as "Confidential." Under the terms of the proposed protective order attached to the Amended Motion as Exhibit A, documents marked as Confidential may only be shown to those persons meeting the definition of "Qualified Persons." Qualified Persons are defined as:

(i) the parties and their attorneys and support staff employees who perform work tasks related to this case;

(ii) qualified persons taking testimony involving such material and necessary stenographic and clerical personnel;

(iii) testifying or consulting experts retained by a party to assist in the presentation of the case, and persons regularly employed in the offices of such experts;

(iv) present or former employees of the producing party, including witnesses produced pursuant to Fed. R. Civ. P. 30(b)(6) (provided that no former employee shall be shown documents prepared after the date of his or her departure);

(v) witnesses who are deposed in this action or who are called to testify as witnesses at any hearing or trial in this action, but only in preparation for the

>> deposition, hearing, or trial and only as to such material in which the witness is identified as an originator, author, addressee, or recipient of the original or a copy; and

> (vi) the Court, Court personnel, and members of any jury impaneled to hear this case.

Versions of the proposed protective order have appeared in numerous reported decisions. See, e.g., Hall v. United Air Lines, Inc., 296 F. Supp. 2d 652 679 (E.D. N.C. 2003) (noting that protective order previously entered by the magistrate judge allowed documents to be designated "Confidential" or "Confidential and Outside Lawyers Only"); Drexel Heritage Furnishings, Inc. v. Furniture USA, Inc., 200 F.R.D. 255, 262 (M.D. N.C. 2001) (adopting defendants' proposal that certain confidential documents be disclosed only to outside attorneys' eyes); Shephard v. River Valley Fitness One, L.P., 428 F.3d 1, 5 (1st Cir. 2005); Imax Corp. v. Cinema Tech., Inc., 152 F.3d 1161, 1168 n. 9 (9th Cir. 1998); IMX, Inc. v. Lending Tree, LLC, 405 F. Supp. 2d 479, 491 (D. Del. 2005); BAE Systems Aircraft Controls, Inc. v. Eclipse Aviation Corp., 224 F.R.D. 581, 589 (D. Del. 2004); Green v. Baca, 219 F.R.D. 485, 488 (C.D. Cal. 2003); Medtronic Sofamor Danek, Inc. v. Michelson, 229 F.R.D. 550, 562 (W.D. Tenn. 2003); Kooima v. Zacklift Int'l, Inc., 209 F.R.D. 444, 445-46 (D. S.D. 2002).

**WHEREFORE**, Wells Fargo respectfully requests that the Court enter the Stipulated Protective Order attached to its Amended Motion for Protective Order, and that the Court grant such other and further relief as the Court deems appropriate.

Respectfully submitted,

Dated: November 16, 2011.

WELLS FARGO BANK, N.A.

 /s/  *Terry C. Frank*
Hunter W. Sims Jr. (VSB No. 09218)
Terry C. Frank (VSB No. 74890)
J. Bradley Reaves (VSB No. 71389)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3205
Facsimile: (757) 624-3169
hwsims@kaufcan.com
tcfrank@kaufcan.com
jbreaves@kaufcan.com


Irene C. Freidel (*pro hac vice*)
Jennifer J. Nagle (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
irene.freidel@klgates.com
jennifer.nagle@klgates.com
*Counsel for Wells Fargo*

**CERTIFICATE OF SERVICE**

   I hereby certify that a true copy of the foregoing, on this **16th** of November 2011, has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Leonard A. Bennett, Esq. (VSB No. 37523)
Susan Mary Rotkis (VSB No. 40693)
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com
srotkis@clalegal.com

Matthew J. Erausquin, Esq. (VSB No. 65434)
Consumer Litigation Associates, P.C.
1800 Diagnol Road, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7777
Facsimile: (888) 892-3512
matt@clalegal.com

Dale W. Pittman, Esq. (VSB No. 15673)
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq. (VSB No. 72791)
J. Chapman Petersen, Esq. (VSB No. 37225)
Scott A. Surovell, Esq. (VSB No. 40278)
Surovall Isaacs Petersen & Levy, P.C.
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
kkelly@siplfirm.com
jpetersen@smillaw.com
ssurovell@smillaw.com

            /s/ **Terry C. Frank**
            Terry C. Frank (VSB No. 74890)
            Kaufman & Canoles, P.C.
            150 W. Main Street, Suite 2100
            Norfolk, VA 23510-1665
            Telephone: (757) 624-3205
            Facsimile: (757) 624-3169
            tcfrank@kaufcan.com