# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| JULIA DESOGUGUA, Individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Civil Action No.: 1:11-cv-00188-CMH-JFA |

## STIPULATION OF DISMISSAL

NOW COMES the Plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the consent of all parties who have appeared, and stipulates to the dismissal of this action with prejudice as to her individual claims and stipulates to the dismissal of this action without prejudice as to the putative class action claims, the Court having not determined whether to certify the action as a class action.

**JULIA  DESOGUGUA**

 /s/ Leonard A. Bennett
Leonard A. Bennett, Esquire (VSB # 37523)
E-mail:  lenbennett@clalegal.com
Susan Mary Rotkis, Esquire (VSB No. 40693)
E-mail:  srotkis@clalegal.com
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
Phone:  757/930-3660
Fax:     757/930-3662]
***Counsel for Plaintiff***

        Matthew J. Erausquin, Esquire (VSB No. 65434)
        E-mail: matt@clalegal.com
        Consumer Litigation Associates, P.C.
        1800 Diagonal Road, Suite 600
        Alexandria, VA 22314
        Phone: 703/273-7777
        Fax    888/892-3512
        *Counsel for Plaintiff*

        Kristi Cahoon Kelly, Esquire (VSB No. 72791)
        E-mail: kkelly@siplfirm.com
        J. Chapman Petersen, Esquire (VSB No. 37225)
        E-mail: jpetersen@smillaw.com
        Scott A. Surovall, Esquire (VSB No. 40278)
        E-mail: ssurovell@smillaw.com
        Surovall Isaacs Petersen & Levy, P.C.
        4010 University Drive, 2nd Floor
        Fairfax, VA 22030
        Phone: 703/277-9774
        Fax:    703/591-9285
        *Counsel for Plaintiff*

The Defendants, Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage, by counsel, agrees to this stipulation.

 /s Hunter W. Sims, Jr.
Hunter W. Sims Jr. Esquire (VSB No. 09218)
E-mail: hwsims@kaufcan.com
Terry C. Frank, Esquire (VSB No. 74890)
E-mail: tcfrank@kaufcan.com
J. Bradley Reaves, Esquire (VSB No. 71389)
E-mail: jbreaves@kaufcan.com
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510-1665
Phone: 757/624-3205
Fax:    757/624-3169
*Counsel for Defendant Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage, Inc.*

Irene C. Freidel, Esquire (*pro hac vice*)
E-mail: irene.freidel@klgates.com
Jennifer J. Nagle, Esquire (*pro hac vice*)
E-mail: jennifer.nagle@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street

- 3 -

Boston, MA 02111
Phone:  617/261-3100
Fax:     617/261-3175
**_Counsel for Defendant Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage, Inc._**

11533999